BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 01:08-CR-00433 LJO |
|---|---|
| Plaintiff, | ) MOTION AND ORDER TO DISMISS ) INDICTMENT |
| v. | ) |
| JUAN GONZALEZ-MENDOZA, | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: January 15, 2010               Respectfully submitted,
                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                By:   /s/ Ian L. Garriques
                                      IAN L. GARRIQUES
                                      Assistant U.S. Attorney

1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | 08-CR-00433 |
| 3 | IT IS HEREBY ORDERED that the indictment in this case be |
| 4 | dismissed without prejudice in the interest of justice. |
| 6 | DATED: Jan 15, 2010         _____ |
| 7 |                             United States District Judge |